Douglas R. Schwartz, Esq. (State Bar #98666)
Petra M. Reinecke, Esq. (State Bar #154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile:  (415) 438-2655

Attorneys for Defendant
JEFF A. HEDLUND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFF A. HEDLUND,<br><br>    Defendant. | Case No. CR 09-0462-1 JL<br><br>**PARTIES' JOINT STIPULATION TO CONTINUE SENTENCING**<br><br>Date:  January 11, 2010<br>Time:  11:00 a.m.<br>Place:  Courtroom F, 15th Floor |

The parties hereby stipulate and agree, and jointly ask the Court, to continue sentencing in the captioned case from January 11, 2010 to March 18, 2010 at 11:00 a.m.  The basis for the request is that the parties believe continuing the sentencing would be in the best interests of justice.

DATED: December 23, 2009                SCHWARTZ & CERA LLP


                                        By: _____/s/_____
                                            DOUGLAS R. SCHWARTZ
                                            Attorney for Defendant
                                            JEFF A. HEDLUND

DATED: December 28, 2009

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By: _____/s/_____
  STACY GEIS
  Assistant United States Attorney
  Attorney for Plaintiff
  UNITED STATES OF AMERICA

### ORDER

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that sentencing in the captioned case be continued from January 11, 2010 until March 18, 2010 at 11:00 a.m., before the Honorable James Larson, United State District Judge.

IT IS SO ORDERED.

Dated: _____     _____
                                                        HONORABLE JAMES LARSON
                                                        United States District Judge